1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  HARTLEY M. K. WEST (CABN 191609)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-6747
7     Fax: (415) 436-7234
      Hartley.West@usdoj.gov
8
   Attorneys for United States of America
9

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12 SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           )  NO. CR 15-00533 RS
14                                     )
         Plaintiff,                    )  STIPULATION TO RESET STATUS HEARING
15                                     )  AND TO EXCLUDE TIME; [PROPOSED] ORDER
      v.                               )
16                                     )
   CARY S. COLLINS,                    )
17                                     )
         Defendant.                    )
18 _____    )

19      The above-captioned matter is currently set for status on February 16, 2016. Counsel Richard

20 Pachter, who had been specially appearing for defendant, has not been retained and has advised that

21 defendant is seeking to retain other counsel and needs additional time to do so. Accordingly, defendant

22 requests that the status appearance be continued to March 1, 2016, at 2:30 p.m. and that time be

23 excluded until that appearance to allow defendant reasonable time to retain counsel and for effective

24 preparation of the defense.

25 ///

26 ///

27 ///

28 ///

ORDER EXLUDING TIME
CR 15-00533 RS

SO STIPULATED.

Dated: February 12, 2016

_____/s/_____
RICHARD PACHTER
Specially Appearing Counsel
for Defendant Cary Collins

Dated: February 12, 2016

BRIAN J. STRETCH
Acting United States Attorney

_____/s/_____
HARTLEY M. K. WEST
Assistant United States Attorney

## [~~PROPOSED~~] ORDER

Based upon the representation of counsel and for good cause shown, the Court continues the status appearance to March 1, 2016, at 2:30 p.m., and finds that failing to exclude the time between February 16 and March 1, 2016, would deny counsel the reasonable time to retain counsel and for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between February 16 and March 1, 2016, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between February 16 and March 1, 2016, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: 2/12/16

HON. RICHARD SEEBORG
United States District Judge

ORDER EXLUDING TIME
CR 15-00533 RS