1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  HARTLEY M. K. WEST (CABN 191609)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6747
7       Fax:  (415) 436-7234
        Hartley.West@usdoj.gov
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          )   NO. CR 15-00533 RS
14                                    )
          Plaintiff,                  )   STIPULATION TO RESET STATUS HEARING
15                                    )   AND TO EXCLUDE TIME; [PROPOSED] ORDER
       v.                             )
16                                    )
   CARY S. COLLINS,                   )
17                                    )
          Defendant.                  )
18 _____)

19        The above-captioned matter is currently set for status on March 1, 2016.  Counsel Richard

20 Pachter, who had been specially appearing for defendant, has not been retained and has advised that

21 defendant is seeking to retain other counsel and needs additional time to do so.  Accordingly, defendant

22 requests that a status appearance be continued to March 15, 2016 before the Magistrate Judge on duty

23 that week for identification of counsel.  The parties agree that time shall be excluded until that

24 appearance to allow defendant reasonable time to retain counsel and for effective preparation of the

25 defense.

26 / / /

27 / / /

28 / / /

ORDER EXLUDING TIME
CR 15-00533 RS

1  SO STIPULATED.

2

3  Dated: February 24, 2016

4                                                               /s/
                                        RICHARD PACHTER
                                        Specially Appearing Counsel
5                                       for Defendant Cary Collins

6

7  Dated: February 24, 2016              BRIAN J. STRETCH
                                         Acting United States Attorney
8

9                                                               /s/
                                         HARTLEY M. K. WEST
10                                       Assistant United States Attorney

11

12                          [PROPOSED] ORDER

13        Based upon the representation of counsel and for good cause shown, the Court continues the

14  status appearance to March 15, 2016 before the Duty Magistrate, and finds that failing to exclude the

15  time between February 24 and March 15, 2016, would deny defendant the reasonable time to retain

16  counsel and for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

17  3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between

18  February 24 and March 15, 2016, from computation under the Speedy Trial Act outweigh the best

19  interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that

20  the time between February 16 and March 15, 2016, shall be excluded from computation under the

21  Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

22
    Dated: 2/29/16
23                                                 _____
                                                   HON. RICHARD SEEBORG
24                                                 United States District Judge

25

26

27

28

ORDER EXLUDING TIME
CR 15-00533 RS