1   BRIAN J. STRETCH (CABN 163973)
    Acting United States Attorney

2

3   DAVID R. CALLAWAY (CABN 121782)
    Chief, Criminal Division

4   HARTLEY M. K. WEST (CABN 191609)
    Assistant United States Attorney

5

6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
7        Telephone: (415) 436-6747
         FAX: (415) 436-7234
         Hartley.West@usdoj.gov

8

9   Attorneys for United States of America

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13
    UNITED STATES OF AMERICA,          )   NO. CR 15-0533 RS
14                                      )
               Plaintiff,               )   STIPULATION TO EXCLUDE TIME;
15                                      )   [PROPOSED] ORDER
         v.                             )
16                                      )
    CARY S. COLLINS,                    )
17                                      )
               Defendant.               )
18   _____)

19        On April 19, 2016, the parties in the above-captioned matter, through defense counsel Lee Rubin

20   and AUSA Hartley West, appeared before the Court for an initial appearance.  The government

21   represented that discovery has been provided.  Defense counsel requested that the matter be continued to

22   June 21, 2016, to allow him to review discovery, and that the intervening time be excluded under the

23   Speedy Trial Act for effective preparation of the defense.  The government did not object to this

24   exclusion of time and requested that the June 21 appearance be calendared for trial setting or change of

25   plea.  The Court agreed that time shall be excluded between April 19 and June 21, 2016.

26   / / /

27   / / /

28   / / /

ORDER EXLUDING TIME
CR 15-0533 RS

1    SO STIPULATED.

2

3    DATED:        April 19, 2016                                    /s/

4                                                                   _____
                                                                   LEE RUBIN
5                                                                  Defendant Cary Collins

6
     DATED:        April 19, 2016                                   BRIAN J. STRETCH
7                                                                  United States Attorney

8                                                                           /s/

9                                                                  _____
                                                                   HARTLEY M. K. WEST
10                                                                 Assistant United States Attorney

11                                   [PROPOSED] ORDER

12             Based upon the representation of counsel and for good cause shown, the Court finds that failing

13   to exclude the time between April 19 and June 21, 2016, would deny counsel the reasonable time

14   necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.

15   § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time

16   between April 19 and June 21, 2016, from computation under the Speedy Trial Act outweigh the best

17   interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that

18   the time between April 19 and June 21, 2016, shall be excluded from computation under the Speedy

19   Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

20
     DATED:  _4/21/16_____                          _____
21                                                                 HON. RICHARD SEEBORG
                                                                   United States District Judge
22

23

24

25

26

27

28

ORDER EXLUDING TIME
CR 15-0533 RS