1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  HARTLEY M. K. WEST (CABN 191609)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6747
7      FAX: (415) 436-7234
       Hartley.West@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13
    UNITED STATES OF AMERICA,          )   NO. CR 15-0533 RS
14                                     )
           Plaintiff,                  )   STIPULATION TO EXCLUDE TIME;
15                                     )   [PROPOSED] ORDER
       v.                              )
16                                     )
    CARY S. COLLINS,                   )
17                                     )
           Defendant.                  )
18  _____)

19

20     On June 21, 2016, the parties in the above-captioned matter, through defense counsel Lee Rubin

21  and AUSA Hartley West, appeared before the Court for trial setting. The Court set a trial date of

22  December 5, 2016, with a status appearance and substantive motions deadline of September 20, 2016.

23  The parties and Court agreed that it was appropriate to exclude time until September 20, 2016, under the

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

ORDER EXLUDING TIME
CR 15-0533 RS

Speedy Trial Act for effective preparation of the defense.

SO STIPULATED.

DATED:     June 21, 2016                                    /s/
                                                            _____
                                                            LEE RUBIN
                                                            Defendant Cary Collins


DATED:     June 21, 2016                                    BRIAN J. STRETCH
                                                            United States Attorney

                                                            /s/
                                                            _____
                                                            HARTLEY M. K. WEST
                                                            Assistant United States Attorney

## [PROPOSED] ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between June 21 and September 20, 2016, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between June 21 and September 20, 2016, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between June 21 and September 20, 2016, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:  6/22/16
                                                            _____
                                                            HON. RICHARD SEEBORG
                                                            United States District Judge

ORDER EXLUDING TIME
CR 15-0533 RS