MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:     (650) 331-2000
Facsimile:      (650) 331-2060

*Attorneys for Defendant Cary S. Collins*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>Plaintiff, )<br>    )<br>v. )<br>    )<br>CARY S. COLLINS, )<br>    )<br>Defendant. )<br>    )<br>    )<br>    )<br>    ) | Case No. 15-CR-0533 RS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER REGARDING BRIEFING**<br>**SCHEDULE FOR DEFENDANT'S**<br>**MOTION FOR SEVERANCE**<br><br>Hon. Richard Seeborg |

With the consent of all parties, the parties hereby stipulate as follows:

1. On September 20, 2016, Defendant Cary S. Collins will file a motion for an order severing Count Nine of the government's indictment for a separate trial ("Motion").

2. Counsel for the parties have met and conferred about the briefing schedule for the Motion and have agreed in the interests of justice and to accommodate certain conflicts in defense counsel's schedules to revise the briefing schedule—subject to the Court's approval—as set forth below:

    i.  Any opposition to the Motion shall be filed and served no later than October 7, 2016;

1

ii.   Any reply memorandum shall be filed and served no later than October
      17, 2016; and

iii.  The hearing on the Defendant's Motion shall occur on October 25, 2016 at
      2:30 p.m., or at the earliest date thereafter convenient for this Court.

**IT IS SO STIPULATED.**

Dated:  September 20, 2016

MAYER BROWN LLP

By:  _/s/ Lee H. Rubin_____
      LEE H. RUBIN
      *Counsel for Defendant Cary S. Collins*

Dated:  September 20, 2016

United States Attorney

By:  _/s/ Hartley M. K. West_____
      HARTLEY M. K. WEST
      *Assistant United States Attorney*

**ATTESTATION**:  The Filer attests that concurrence in the filing of this document has been obtained from all signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  September 20 , 2016

_____
Hon. Richard Seeborg
United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S
MOTION FOR SEVERANCE;
Case No. 15-CR-0533 RS