MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California  94306-2112
Telephone:     (650) 331-2000
Facsimile:      (650) 331-2060

Attorneys for Defendant
Cary S. Collins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-0533 RS |
| Plaintiff, | STIPULATION TO EXCLUDE TIME; [~~PROPOSED~~] ORDER |
| v. | |
| CARY S. COLLINS, | |
| Defendant. | |

On October 25, 2016, the parties in the above-captioned matter, through defense counsel Lee Rubin and AUSA Hartley West, appeared before the Court for defendant's motion for severance and a status hearing.  The Court set a deadline of November 4, 2016 for the defendant to file a motion for leave to take a deposition under Fed. R. Crim. P. 15.  Defense counsel requested that the trial date be continued  to allow adequate time for briefing and a decision by the Court on Defendant's Rule 15 motion and to afford defense counsel an opportunity to prepare the defense after taking account of the Court's ruling on Defendants' motion.  The Court continued the trial to February 27, 2016.  The defense requested that the intervening time until February 27, 2017, be excluded under the Speedy Trial Act for effective preparation of the defense.  The government did not object to this exclusion of time.

///

///

SO STIPULATED.

DATED:     October 28, 2016

/s/ Lee H. Rubin
LEE H. RUBIN
Defendant Cary Collins

DATED:     October 28, 2016

BRIAN J. STRETCH
United States Attorney

/s/ Hartley M. K. West
HARTLEY M. K. WEST
Assistant United States Attorney

~~[PROPOSED]~~ ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between October 25, 2016 through February 27, 2017 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between October 25, 2016 through February 27, 2017, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between October 25, 2016 through February 27, 2017, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:  10/28/16

HON. RICHARD SEEBORG
United States District Judge

ORDER EXLUDING TIME                                    2
CR 15-0533 RS