1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  HARTLEY M. K. WEST (CABN 191609)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6747
7       Fax: (415) 436-7234
        Hartley.West@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           )  NO. CR 15-00533 RS
14                                     )
        Plaintiff,                     )  STIPULATION TO EXCLUDE TIME;
15                                     )  [PROPOSED] ORDER
     v.                                )
16                                     )
   CARY S. COLLINS,                    )
17                                     )
        Defendant.                     )
18                                     )

19

20      On February 7, 2017, the parties in the above-captioned matter, through defense counsel Lee

21 Rubin and AUSA Hartley West, appeared before the Court for status and trial setting. The Court set a

22 trial date of June 19, 2017, with a pretrial conference date of June 7, 2017. The parties and Court agreed

23 that it was appropriate to exclude time under the Speedy Trial Act until June 19, 2017, for effective

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

ORDER EXLUDING TIME
CR 15-00533 RS

1  preparation of the defense and to secure service of a trial subpoena on a defense witness who is a U.S.
2  citizen residing in Switzerland.
3  SO STIPULATED.

5  Dated: February 8, 2017

6             /s/
  LEE RUBIN
  Defendant Cary Collins

8  Dated: February 8, 2017     BRIAN J. STRETCH
9    United States Attorney

11             /s/
  HARTLEY M. K. WEST
  Assistant United States Attorney

13  [~~PROPOSED~~] ORDER

14      Based upon the representation of counsel and for good cause shown, the Court finds that failing
15  to exclude the time between February 7 and June 19, 2017, would deny counsel the reasonable time
16  necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C.
17  § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time
18  between February 7 and June 19, 2017, from computation under the Speedy Trial Act outweigh the best
19  interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that
20  the time between February 7 and June 19, 2017, shall be excluded from computation under the Speedy
21  Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

23  Dated: 2/8/17

  HON. RICHARD SEEBORG
  United States District Judge

ORDER EXLUDING TIME
CR 15-00533 RS