IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARY S. COLLINS,<br><br>Defendant. | **Case No.:** CR 15–00533 RS<br><br>**[PROPOSED] STIPULATED ORDER CONTINUING HEARING** |

Previous counsel for Mr. Collins scheduled this matter for a Status Hearing before this Court on June 6, 2017 at 2:30 p.m. That counsel was then relieved by this Court.

Undersigned defense counsel has been provisionally appointed to represent Mr. Collins, pending submission of a financial affidavit. The defense represents that it is working on the completion of the financial affidavit, and has requested discovery from the government while completing that process.

The matter is currently scheduled for a hearing before the Honorable Chief Magistrate Judge Spero on Thursday, June 8 for submission of a financial affidavit and potential formal appointment.

Because the issue of counsel has not yet been resolved, the parties jointly request that the appearance now scheduled for Tuesday, June 6, 2017 be vacated. The parties ask that the matter be added be continued until July 25, 2017 at 2:30 PM. That date is the first available date for defense counsel and the Court. During the interim, the formal appointment of defense counsel will be resolved, discovery will be obtained, and defense preparation of the case will be begin.

The government has no objection to this proposed continuance.

Therefore, for good cause shown the hearing currently scheduled on June 6, 2017 at 2:30 PM shall be vacated. The matter shall be continued until July 25, 2017 at 2:30 PM.

The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial, and accordingly excludes time under the Speedy Trial Act until the new date. The Court finds this exclusion necessary to permit for continuity of counsel and to allow for the effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

| 6/5/17 | |
|---|---|
| Dated | RICHARD SEEBORG<br>United States District Judge |

IT IS SO STIPULATED.

| June 2, 2017 | BRIAN J. STRETCH |
|---|---|
| Dated | United States Attorney<br>Northern District of California |
| | /S |
| | JEFFREY SHIH<br>Assistant United States Attorney |
| June 2, 2017 | STEVEN G. KALAR |
| Dated | Federal Public Defender<br>Northern District of California |
| | /S |