BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFFREY SHIH (CABN 296945)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    jeffrey.shih@usdoj.gov; 415-436-7168

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:15-CR-533 RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| CARY COLLINS, | |
| Defendant. | |

The parties appeared before the Court for a status conference on October 17, 2017. The parties, with the consent of the defendant, hereby stipulates as follows:

1. The defendant is currently out of custody.
2. The United States has provided the defendant with discovery materials, and the defendant requires additional time to review the discovery and to prepare effectively with defense counsel.
3. There is good cause to exclude time under the Speedy Trial Act as the ends of justice from such an exclusion outweigh the best interest of the public and the defendant in a speedy trial. Specifically, such an exclusion provides defense counsel reasonable time

for effective preparation, taking into account due diligence. 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

4. Based on the foregoing, the parties jointly and respectfully request that the Court issue the proposed order excluding time under the Speedy Trial Act.

IT IS SO STIPULATED.

DATED: October 17, 2017

/s/ Elizabeth Falk
ELIZABETH MEYER FALK
Counsel for Defendant Collins

BRIAN J. STRETCH
United States Attorney

DATED: October 17, 2017

/s/ Jeffrey Shih
JEFFREY SHIH
Assistant United States Attorney

### [PROPOSED] ORDER TO EXCLUDE TIME

Based on the stipulation of the parties, the consent of the defendant, and on good cause shown, the Court orders that the time period from the date of this Order, through and including the date set for the next hearing before the District Court on March 23, 2018 is excluded under the Speedy Trial Act. The Court bases this exclusion of time and makes the findings as stipulated by the parties above.

IT IS SO ORDERED.

Dated: October 17, 2017

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE