ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFFREY SHIH (CABN 296945)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    jeffrey.shih@usdoj.gov; 415-436-7168

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:15-CR-533 RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| CARY COLLINS, | |
| Defendant. | |

The parties appeared before the Court on January 30, 2018. The parties, with the consent of the defendant, hereby stipulate as follows:

1. On January 30, 2018, the defendant pleaded guilty to Counts Four and Eight of the Indictment pursuant to a plea agreement, under which the government agreed to dismiss without prejudice Counts One through Three, and Five through Seven unless the defendant violates the terms of the plea agreement or fails to accept responsibility.

2. As stated in the plea agreement, severed Count Nine of the Indictment remains pending against the defendant, and the parties may proceed to trial on severed Count Nine.

STIPULATION AND ORDER EXCLUDING TIME          1

3. The United States has provided the defendant with discovery materials regarding severed Count Nine, and the defendant requires additional time to review the discovery and to prepare effectively with defense counsel.

4. Additionally, a delay regarding severed Count Nine is appropriate based on the delay resulting from the trial proceedings that have been pending and that have related to Counts One through Eight against the defendant.

5. There is good cause to exclude time under the Speedy Trial Act as the ends of justice from such an exclusion outweigh the best interest of the public and the defendant in a speedy trial. Specifically, such an exclusion provides defense counsel reasonable time for effective preparation, taking into account due diligence. 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv). Additionally, such an exclusion is appropriate as the delay results from the trial proceedings that have been pending and that have related to other charges against the defendant. 18 U.S.C. § 3161(h)(1)(B).

6. Based on the foregoing, the parties jointly and respectfully request that the Court issue the proposed order excluding time under the Speedy Trial Act.

IT IS SO STIPULATED.

DATED: January 30, 2018

_____
ELIZABETH MEYER FALK
Counsel for Defendant Collins

ALEX G. TSE
Acting United States Attorney

DATED: January 30, 2018

_____
JEFFREY SHIH
Assistant United States Attorney

## [PROPOSED] ORDER TO EXCLUDE TIME

Based on the stipulation of the parties, the consent of the defendant, and on good cause shown, the Court orders that the time period from the date of this Order, through and including the date set for the next hearing before the District Court on May 29, 2018, is excluded under the Speedy Trial Act. The Court bases this exclusion of time and makes the findings as stipulated by the parties above.

IT IS SO ORDERED.

Dated: January 30, 2018

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE