ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFFREY SHIH (MABN 663195)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    jeffrey.shih@usdoj.gov; 415-436-7168

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:15-CR-533 RS |
| Plaintiff, | STIPULATION AND ORDER CHANGING DATE FOR SENTENCING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| CARY COLLINS, | |
| Defendant. | |

The parties, with the consent of the defendants, hereby stipulate as follows:

1. The status hearing for severed Count Nine, which remains pending against the defendant, has been set for the same day as the sentencing hearing for Counts Four and Eight in this case. Should the sentencing hearing for Counts Four and Eight has been moved to June 26, 2018, the parties hereby stipulate that:

    a. The status hearing for Count Nine be moved to the same date and time as the sentencing hearing for Counts Four and Eight on June 26, 2018.

    b. The parties jointly and respectfully request that the Court issue the proposed order excluding time under the Speedy Trial Act based on the following:

        i. The United States has provided the defendant with discovery materials regarding severed Count Nine, and the defendant requires additional time to review the

| | |
|---|---|
| 1 | discovery and to prepare effectively with defense counsel.  A delay regarding |
| 2 | severed Count Nine is also appropriate based on the delay resulting from the trial |
| 3 | proceedings that were previously pending and that related to Counts One through |
| 4 | Eight against the defendant. |

    ii. There is good cause to exclude time under the Speedy Trial Act as the ends of justice from such an exclusion outweigh the best interest of the public and the defendant in a speedy trial.  Specifically, such an exclusion provides defense counsel reasonable time for effective preparation, taking into account due diligence.  18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).  Additionally, such an exclusion is appropriate as the delay results from the trial proceedings that have been pending and that have related to other charges against the defendant.  18 U.S.C. § 3161(h)(1)(B).

IT IS SO STIPULATED.

DATED:  April 18, 2018

                                              */s/ with permission*
                                              ELIZABETH MEYER FALK
                                              Counsel for Defendant Collins

                                              ALEX G. TSE
                                              Acting United States Attorney

DATED:  April 18, 2018
                                              */s/ Jeffrey Shih*
                                              JEFFREY SHIH
                                              Assistant United States Attorney

# [~~PROPOSED~~] ORDER CHANGING DATE FOR STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

Based on the stipulation of the parties, the consent of the defendant, and on good cause shown, the Court orders that the status hearing for Count Nine is set for the same day as the sentencing hearing for Counts Four and Eight on June 26, 2018.

Additionally, the time period from the date of this Order, through and including the June 26, 2018, is excluded under the Speedy Trial Act. The Court bases this exclusion of time and makes the findings as stipulated by the parties above.

IT IS SO ORDERED.

Dated: April 18, 2018

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE